IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:
**RICHARD CROSBY, III**             Case No.: 2:21-mc-36
Ohio Atty. Reg. No. 0091601         Chief Judge Algenon L. Marbley
**RESPONDENT**

## ORDER

**IT APPEARING TO THE COURT** that on September 27, 2021, the Supreme Court of Ohio entered an order accepting the resignation of respondent from the practice of law in Ohio with disciplinary action pending, pursuant to Gov. Bar R. VI(11)(C) of the Supreme Court Rules for the Government of the Bar of Ohio, and in accordance with Rule II of the Model Federal Rules of Disciplinary Enforcement, adopted by this Court on February 1, 1979,

**IT IS ORDERED** that respondent shall show cause, if any, within thirty (30) days after service of this order, of any claim under the grounds set forth in Section (D) of said Rule II, why this Court should not assume that respondent intends to resign from the bar of this Court as well. Said respondent is admonished that his failure to show cause within 30 days by a pleading filed with the Clerk of this Court shall be deemed a waiver of rights in the premises and constitute grounds for this Court to enter the order prescribed herein.

**IT FURTHER APPEARING** to the Court that respondent has been forbidden by the Supreme Court of Ohio to appear on behalf of another before any court, judge, commission, board, administrative agency, or other public authority, the said respondent, until final resolution of the matter in this Court, shall not represent or continue to represent any person in this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this order to be served on said respondent, by certified mail, return receipt requested, to 11260 Chester Rd, Suite 310, Cincinnati, OH, 45246 and to be published to this Court's official website.

**IT IS SO ORDERED**.

_____
Algenon L. Marbley
Chief United States District Judge